# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00566-CV

**Billy R. Young, Appellant**

**v.**

**Artisha Henry, Appellee**

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 22DFAM331876, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Billy R. Young, acting pro se, seeks to appeal a ruling in his divorce proceeding. But the clerk's record does not contain an appealable order or judgment, and without one, we may not exercise appellate jurisdiction. *See* Tex. Civ. Prac. & Rem. Code § 51.014 (authorizing appeals from certain interlocutory orders); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). On September 23, 2024, this Court requested that Young file a written response demonstrating our jurisdiction over his appeal. No response was filed. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Jurisdiction

Filed: October 9, 2024